■ In the Matter of CHARLENE BEST, Respondent, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Appellants. — Appeal from a judgment of the Supreme Court at Special Term, entered April 21, 1980 in Broome County, which granted petitioner's application, in a proceeding pursuant to CPLR article 78, to vacate a determination of the Commissioner of Social Services. Judgment affirmed, without costs (see *Matter of Anderson v Blum,* 77 AD2d 386). Mahoney, P. J., Sweeney, Main, Mikoll and Yesawich, Jr., JJ., concur.